**James DONOVAN, Appellant, v. FORD CORPORATION, Appellee. \***

No. 7778.

Circuit Court of Appeals, Ninth Circuit.

Sept. 12, 1935.

James Donovan, of Los Angeles, Cal., in pro. per.

*Rehearing denied Oct. 21, 1935.

Church & Jardine, of Great Falls, Mont., for appellee.

Before WILBUR, GARRECHT, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon consideration of the motion of appellant for continuance of hearing of cause, and motion of appellee to dismiss or affirm, ordered motion to affirm granted, that a decree of affirmance be filed and entered accordingly, and the mandate of this court issue as provided in Rule 32.